# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

### No. 201700362

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JERRY G. KNIGHT
Electronics Technician Nuclear Power Second Class (E-5), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Stephen Reyes, USN.
Convening Authority: Commander, U.S. Naval Forces Japan,
Yokosuka, Japan
Staff Judge Advocate's Recommendation: Lieutenant Commander B. R.
Orton, JAGC, USN.
For Appellant: Commander Richard E.N. Federico, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 23 March 2018

_____

Before MARKS, JONES, and GERDING, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

The supplemental court-martial order will reflect that the adjudged sentence included 24 months of confinement and that all confinement in excess of 18 months is suspended for a period of 12 months from the date of the convening authority's action, at which time, unless sooner vacated, the suspended portion will be remitted without further action. Additionally the supplemental court-

martial order will reflect that the adjudged bad-conduct discharge, not a dishonorable discharge, will be executed after final judgement.

For the Court



R.H. TROIDL
Clerk of Court